# UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Jose Venue

## Report on Person Under Supervision

**Person Under Supervision**  
Michael Holdiman

**Docket Number**  
0971 5:20CR00144-001 LHK

**Name of Sentencing Judge:**   The Honorable Dale A. Drozd  
United States District Judge  
Eastern District of California

**Date of Original Sentence:**   October 1, 2018

**Original Offense**  
Count One: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1), a Class C Felony.

**Original Sentence:** 60 months probation  
**Special Conditions:**  $100 special assessment; access to financial information; outpatient drug and alcohol treatment; drug and alcohol testing; abstain from alcoholic beverages and not frequent places where alcohol is chief item of sale; outpatient mental health; co-payment plan of up to $25 per month for treatment; search by any law enforcement; 20 hours of community service per week until employed; not associate with any known gang member

Transfer of Jurisdiction from the Eastern District of California to the Northern District of California became effective April 6, 2020.

**Prior Form(s) 12:** None

**Type of Supervision**  
Probation  
**Assistant U.S. Attorney**  
To be assigned

**Date Supervision Commenced**  
October 1, 2018  
**Defense Counsel**  
To be assigned.

### Petitioning the Court to Take Judicial Notice

### Cause

**RE:**   Holdiman, Michael                                                                                                                   2
            0971 5:20CR00144-001 LHK

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the person under supervision violated the mandatory condition that states, "You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of placement on probation and at least two periodic drug tests the after, not to exceed four drug tests per month." |

> On December 3, 2020, the client admitted to using marijuana. The client signed an Admission/Denial Report and noted in the comments, "I used on Thanksgiving do to stress and depression."
>
> Evidence of this violation can be obtained from the case notes and the Admission/Denial Report dated December 3, 2020.

**Action Taken and Reason**

On December 3, 2020, the client was contacted at his residence and openly admitted to using marijuana, as stated above. He stated he was feeling depressed due to not progressing in his career as a butcher. He stated his employer led him to believe he would be considered for an apprenticeship program. Unfortunately, after a year, he was not given the opportunity. We developed a plan for him to apply at other businesses and to speak to his union representative to inquire about the best course of action to apply for an apprenticeship program.

The client stated he became complacent and did not exercise the tools he learned in substance abuse treatment. The client expressed he allowed himself to be tempted by others due to feeling stressed. The client recognized he should have removed himself when he realized the people he was with were using drugs. The client expressed remorse and apologized for his misconduct.

The Probation Office respectfully requests the Court take judicial notice of this violation. The client's random drug testing will increase to monitor his sobriety and compliance. This will provide the client an opportunity to pursue his career goal and to show the Court his compliance.

Respectfully submitted,                                      Reviewed by:

_/s/ Juan F. Ramirez_                                            _/s/ Sonia Lapizco_

Juan F. Ramirez                                                     Sonia Lapizco
U.S. Probation Officer Specialist                           Supervisory U.S. Probation Officer
Date Signed: December 21, 2020

**RE:** Holdiman, Michael 3
0971 5:20CR00144-001 LHK

---

THE COURT ORDERS:

- [x] The Court concurs and takes judicial notice
- [ ] Submit a request to modify supervision
- [ ] Submit a request for a warrant
- [ ] Submit a request for summons
- [ ] Other:

 

_____December 21, 2020_____         _____*Lucy H. Koh*_____
Date                                                    The Honorable Lucy H. Koh
United States District Judge